UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VELMA SMITH, individually and on behalf                                    PLAINTIFF
of all others similarly situated

V.                                             CIVIL ACTION NO. 3:23-CV-357-KHJ-MTP

TRANSAMERICA CORPORATION, et al.                                         DEFENDANTS

ORDER

Before the Court is Plaintiff Velma Smith's unopposed [63] Motion to Dismiss Defendants Aegon N.V. and Transamerica Corporation without prejudice. Given the unopposed nature of this Motion, the Court GRANTS Plaintiff's [63] Motion to Dismiss. Accordingly, Plaintiff's claims against Defendants Aegon N.V. and Transamerica Corporation are DISMISSED without prejudice.

SO ORDERED AND ADJUDGED, this 5th day of October, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE