UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VELMA SMITH, individually and on behalf　　　　　　　　　　　　　　　　PLAINTIFF
of all others similarly situated

V.　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:23-CV-357-KHJ-MTP

TRANSAMERICA CORPORATION, et al.　　　　　　　　　　　　　　　　DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendants. Plaintiff's claims are dismissed. Specifically, the Court GRANTS Penney OpCo LLC and Tata American International Corporation's [47], [78] Motions to Dismiss without prejudice. The Court GRANTS TCS e-Serve International Limited's [49] Motion to Dismiss with prejudice. And the Court GRANTS Transamerica Life Insurance Company and AEGON Direct Marketing Services' [55] Motion to Dismiss with prejudice as to Transamerica and without prejudice as to AEGON. This case is closed.

SO ORDERED AND ADJUDGED, this 5th day of February, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE